Conte C. Cicala, State Bar No. 173554
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

Brendan Collins
GKG Law, P.C.
1055 Thomas Jefferson Street, NW
Washington DC 20007-4492
Email: bcollins@gkglaw.com

Attorneys *pro hac vice* for Defendant
SKY-WORLD INT'L EXPRESS, INC.

Paul Arenas, State Bar No. 167863
MARRON LAWYERS
3711 Long Beach, CA 90807
Telephone: (562) 432-7422
Facsimile: (562) 432-8682
Email: parenas@marronlaw.com

Attorneys for Defendant
SKY-WORLD INT'L EXPRESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CB FREIGHT INT'L, INC., et al.,<br><br>　　　　　Defendants. | Case No. 4:15-cv-05289-KAW<br><br>**STIPULATION TO SEVER DEFENDANT CB FREIGHT INT'L, INC. FROM THE ACTION AND AMENDED ORDER** |

　　　　WHEREAS, this action was filed on November 18, 2015 and assigned to Magistrate Judge Kandis A. Westmore;

　　　　WHEREAS, both Plaintiff Mitsui O.S.K. Lines, Ltd. ("MOL"), and Defendant Sky-World Int'l Express, Inc. ("Sky-World") filed their consent to proceed before Magistrate Judge Westmore on December 9, 2015 and March 15, 2016 respectively;

　　　　WHEREAS, Defendant CB Freight Int'l, Inc. ("CB Freight") has not appeared and, therefore, has not consented to Magistrate Judge Westmore's jurisdiction;

　　　　WHEREAS, default was entered against CB Freight on March 2, 2016;

WHEREAS, on August 9, 2016, Plaintiff MOL and Defendant Sky-World filed a case management conference statement stating that they have reached a settlement and expect to file a dismissal within 90 days;

WHEREAS, it is necessary to sever this case as to Defendant CB Freight because it has not consented to proceed before Magistrate Judge Westmore;

NOW THEREFORE, Plaintiff MOL and Defendant Sky-World by and through their attorneys hereby stipulate and agree that Plaintiff's action against Defendant CB Freight be severed.

Dated: August 17, 2016    CLYDE & CO US LLP


By:   */s/ Conte C. Cicala*
      Conte C. Cicala
      Attorneys for Plaintiff
      MITSUI O.S.K. LINES, LTD.

Dated: August 17, 2016    MARRON LAWYERS


By:   */s/ Paul Arenas*
      Paul Arenas
      Attorneys for Defendant
      SKY-WORLD INT'L EXPRESS, INC.

Dated: August 17, 2016    GKG LAW, P.C.


By:   */s/ Brendan Collins*
      Brendan Collins (*pro hac vice*)
      Attorneys Defendant
      SKY-WORLD INT'L EXPRESS, INC.

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

2236492

2

Case No. 3:15-cv-05289-KAW

STIPULATION TO SEVER DEFENDANT CB FREIGHT INT'L, INC.
FROM THE ACTION AND [PROPOSED] ORDER

## L.R. 5-1 (i) ATTESTATION

In compliance with Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: August 17, 2016

/s/ *Conte C. Cicala*
Conte C. Cicala

IT IS SO ORDERED, that Defendant CB Freight International, Inc., be severed from this case and that a new case be opened and directly assigned to Magistrate Judge Westmore. The filing fee is waived. The following documents are to be docketed in the new case and shall maintain their original date of filing: 1, 19, 21, 22, 23, 40 and this order.

DATED: 8/30/16

KANDIS A. WESTMORE
United State Magistrate Judge